## Commonwealth *v.* Laubach, Appellant.

Argued June 13, 1969. *Richard N. Saxton, Jr.,* Public Defender, for appellant; *Bern-*

*hard Dohrmann,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.